LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
(602) 271-7700

Jessica J. Kokal/Bar No. 029042
jjk@bowwlaw.com
Kelley M. Jancaitis/Bar No. 025555
kmj@bowwlaw.com

*Attorney for Defendants City of Phoenix,
Taylor Drake, and Alexander Cowan*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Guadalupe Gallo, on behalf of himself and the Estate of Rauel Mendez; Janessa Mendez, on behalf of her minor children, X.M. and R.M., <br><br> Plaintiffs, <br><br> v. <br><br> City. of Phoenix; Taylor Drake and Doe Drake, a married couple; Alexander Cowan and Doe Drake, a married couple; Does 1-10; Doe Corporations 1-10; Doe Partnerships 1-10, <br><br> Defendants. | Case No.: CV 2024-016932 <br><br> **NOTICE OF REMOVAL OF ACTION** <br><br> (Assigned to Hon. Danielle Violat) |

**TO:   Clerk of the Maricopa County Superior Court:**

Defendants City of Phoenix, Taylor Drake, and Alexander Cowan hereby give notice that, pursuant to 28 U.S.C. § 1446(d), they have this date filed a Notice of Removal of this case to the United States District Court for the District of Arizona. A copy of Defendants' Notice is attached hereto as **Exhibit 1**.

RESPECTFULLY SUBMITTED this 26th day of February, 2025.

|   |   |
|---|---|
| | BROENING OBERG WOODS & WILSON, P.C. |
| | By: */s/ Kelley M. Jancaitis* |
| |     Jessica J. Kokal |
| |     Kelley M. Jancaitis |
| |     *Attorney for Defendants City of Phoenix,* |
| |     *Taylor Drake, and Alexander Cowan* |

Original of the foregoing efiled through AZTurboCourt on this 26th day of February, 2025, with:

Clerk of the Court
Maricopa County Superior Court
201 West Jefferson Street
Phoenix, Arizona 85003-2243

Copy of the foregoing emailed on this same day to:

Eric J. Jeide
BELEN INJURY LAW FIRM
1 North 1st St., Suite 713
Phoenix, Arizona 85004
Tel: (602) 715-0908
Email: civil@belenlawfirm.com
*Attorney for Plaintiffs*

Scott Griffiths
THE LAW OFFICE OF SCOTT GRIFFITHS PLLC
201 E. Southern Ave., Suite 201
Tempe, Arizona 85282
Tel: (602) 875-0601
Email: docket@griffithslawaz.com
*Attorney for Plaintiffs*

By: */s/ Raquel L. Auriemma*