Scott Griffiths (028906)
**LAW OFFICE OF SCOTT GRIFFITHS PLLC**
201 E Southern Avenue, Suite 201
Tempe, Arizona 85282
Telephone: 602-875-0601
Fax: 602-926-1864
Email: docket@griffithslawaz.com
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guadalupe Gallo, on behalf of himself and the Estate of Raul Mendez; Janessa Mendez, on behalf of her minor children, X. M. and R. M., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix; Taylor Drake and Doe Drake, a married couple; Alexander Cowan and Doe Cowan, a married couple; Does 1-10; Doe Corporations 1-10; Doe Partnerships 1-10, <br><br> Defendants. | Case No.: 2:25-cv-00759-MTL <br><br> **AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD WITH CLIENT CONSENT** <br><br> **(expedited consideration requested)** <br><br> (Before the Honorable Michael T. Liburdi) |

Pursuant to Local Rule of Civil Procedure 83.3(b)(1), Attorney Scott Griffiths and the Law Office of Scott Griffiths PLLC hereby files his *Amended Motion to Withdraw as Counsel of Record with Client Consent* ("Amended Motion") and requests that the Court grant his immediate withdrawal as Attorney of Record for Plaintiffs Guadalupe Gallo and Janessa Mendez. The clients have been consulted and consent to the withdrawal.

1

As the Court is aware, undersigned Counsel filed a Motion to Withdraw as Counsel of Record on May 21, 2025 [Doc 6]. For the reasons discussed during the Status Conference on May 28, 2025, and pursuant to the Court's Order [Doc 9], undersigned counsel is filing his Amended Motion for approval.

**CLIENT ACKNOWLEDGMENT:**

We, Guadalupe Gallo and Janessa Mendez, have reviewed this *Amended Motion to Withdraw as Counsel of Record with Client Consent* and avow to the Court that we approve of the withdrawal of Scott Griffiths' representation. We have been provided with a copy of the Court's Orders from the Status Conference on May 28, 2025, and provided the information for calling into the Continued Status Conference on June 5, 2025. We have been advised of all future trial/hearing dates in this matter and will be prepared for all trials/hearings. The Court may send all pleadings and correspondence to:

| | |
|---|---|
| Guadalupe Gallo | Janessa Mendez |
| 339 E. Portland | 23807 W. Chipman Rd. |
| Phoenix, AZ 85004 | Buckeye, AZ 85326 |
| 602-367-1726 | (602) 689-7529 |
| mendezm543@yahoo.com | mendezjenessa00@gmail.com |
| *Guadalupe Gallo* | *Janessa Mendez* |
| Guadalupe Gallo (Jun 4, 2025 09:08 PDT) | Janessa Mendez (Jun 4, 2025 09:24 PDT) |
| Guadalupe Gallo | Janessa Mendez |

Accordingly, undersigned counsel respectfully requests that the Court immediately grant withdrawal as counsel of record and remove his name from the electronic certificate of mailing. Pursuant to LR 83.3(b)(1), a proposed form of order is attached to this Motion.

**RESPECTFULLY SUBMITTED** this 4th day of June 2025.

**LAW OFFICE OF SCOTT GRIFFITHS PLLC**

*/s Scott Griffiths*
Scott Griffiths
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jessica J. Kokal
Kelley M. Jancaitis
**BROENING OBERG WOODS &WILSON**
2800 NORTH CENTRAL, 16TH FLOOR
PHOENIX, AZ 85004
ATTORNEY EMAIL
*Attorneys for Defendants*
*City of Phoenix, Taylor Drake and Alexander Cowan*

By: */s Scott Griffiths*

3

# 2025-05-30 Amended Motion to Withdraw as Counsel of Record With Client Consent

Final Audit Report                                                                 2025-06-04

| | |
|---|---|
| Created: | 2025-05-30 |
| By: | Liz Mercurio (liz@griffithslawaz.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAABhPJrNjhFvuHyCZ3E6rLkOG1OsF5gMIc |

## "2025-05-30 Amended Motion to Withdraw as Counsel of Record With Client Consent" History

- Document created by Liz Mercurio (liz@griffithslawaz.com)
  2025-05-30 - 5:38:09 PM GMT

- Document emailed to Guadalupe Gallo (mendezm543@yahoo.com) for signature
  2025-05-30 - 5:38:12 PM GMT

- Document emailed to Janessa Mendez (mendezjenessa00@gmail.com) for signature
  2025-05-30 - 5:38:12 PM GMT

- Email viewed by Guadalupe Gallo (mendezm543@yahoo.com)
  2025-05-30 - 11:21:43 PM GMT

- Document e-signed by Guadalupe Gallo (mendezm543@yahoo.com)
  Signature Date: 2025-06-04 - 4:08:53 PM GMT - Time Source: server

- Email viewed by Janessa Mendez (mendezjenessa00@gmail.com)
  2025-06-04 - 4:24:37 PM GMT

- Document e-signed by Janessa Mendez (mendezjenessa00@gmail.com)
  Signature Date: 2025-06-04 - 4:24:58 PM GMT - Time Source: server

- Agreement completed.
  2025-06-04 - 4:24:58 PM GMT

**Adobe Acrobat Sign**